157 A.3d 489

Van HALL, Petitioner

v.

Mark GARMEN, Superintendent at Sci- Rockview, the Common
Pleas Court of Philadelphia Pennsylvania, and District
Attorney's Office of Philadelphia County, Respondents

No. 122 EM 2016

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

AND NOW, this 16th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus and the Application for an Immediate Hearing are **DENIED**.

157 A.3d 490

COM, EX REL In re Allen GINN, Relator, Petitioner

v.

Cynthia LINK, Superintendent; R. Seth Williams,
District Attorney; Kathleen G. Kane,
Attorney General, Respondents

No. 119 EM 2016

Supreme Court of Pennsylvania.

September 16, 2016

## ORDER

PER CURIAM

AND NOW, this 16th day of September, 2016, the Petition Requesting Exercise of Extraordinary Relief is **DENIED**.